

**HERRERA LAW & ASSOCIATES,** PLLC

4400 Medical Parkway
Austin, Texas 78756
P.O. Box 302799
Austin, Texas 78703

ACCEPTED
15-24-00042-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/12/2025 4:46 PM
CHRISTOPHER A. PRINE
o 512.474.1492 / m 512.653.6462
aherrera@.herreralawpllc.com  CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

3/12/2025 4:46:49 PM
CHRISTOPHER A. PRINE
Clerk

March 12, 2025

Mr. Christopher A. Prine, Clerk
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

**RE:  Court of Appeals Number:    15-24-00042-CV**
**Trial Court Case Number:    D-1-GN-23-006507**

**Style:** *Oncor Electric Delivery Company, LLC v. Public Utility Commission of Texas*

Dear Mr. Prine:

On behalf of the Alliance of Oncor Cities (AOC), counsel for AOC hereby notifies the Court that counsel for AOC will not be presenting argument in the above-noted appeal set for submission and oral argument on April 15, 2025.

Respectfully,

*/s/ Alfred R. Herrera*
Alfred R. Herrera

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2025, a true and correct copy of the foregoing document was served on all counsel of record via the eFileTexas.gov electronic filing system.

*/s/ Alfred R. Herrera*
Alfred R. Herrera

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Mariann Wood on behalf of Alfred Herrera
Bar No. 9529600
mwood@herreralawpllc.com
Envelope ID: 98393445
Filing Code Description: Letter
Filing Description: Dkt53601Appeal15th CourtOncor v PUCTLtr to CourtNo Presentation031225 final
Status as of 3/12/2025 4:51 PM CST

Associated Case Party: Public Utility Commission of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Rance Craft | | rance.craft@oag.texas.gov | 3/12/2025 4:46:49 PM | SENT |
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 3/12/2025 4:46:49 PM | SENT |
| Brendan Fugere | | Brendan.Fugere@oag.texas.gov | 3/12/2025 4:46:49 PM | SENT |

Associated Case Party: Oncor Electric Delivery Company LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Nicole Skolnekovich | 24110371 | Nskolnekovich@hunton.com | 3/12/2025 4:46:49 PM | SENT |
| Tab Urbantke | | turbantke@huntonak.com | 3/12/2025 4:46:49 PM | SENT |
| Lauren Freeland | | lfreeland@huntonak.com | 3/12/2025 4:46:49 PM | SENT |
| Jarrett Hale | | jhale@huntonak.com | 3/12/2025 4:46:49 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Elizabeth Page | | elizabethpage@huntonak.com | 3/12/2025 4:46:49 PM | SENT |
| Toni Shah | | toni.shah@oag.texas.gov | 3/12/2025 4:46:49 PM | SENT |
| Alfred R.Herrera | | aherrera@herreralawpllc.com | 3/12/2025 4:46:49 PM | SENT |
| Sergio E.Herrera | | sherrera@herreralawpllc.com | 3/12/2025 4:46:49 PM | SENT |
| Meghan Griffiths | | mgriffiths@jw.com | 3/12/2025 4:46:49 PM | SENT |
| Grant Clifton | | grantclifton@gmail.com | 3/12/2025 4:46:49 PM | SENT |
| Bryan Clark | | bryan.clark@pxd.com | 3/12/2025 4:46:49 PM | SENT |
| Carrier Collier-Brown | | carrie.collierbrown@lockelord.com | 3/12/2025 4:46:49 PM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Mariann Wood on behalf of Alfred Herrera
Bar No. 9529600
mwood@herreralawpllc.com
Envelope ID: 98393445
Filing Code Description: Letter
Filing Description: Dkt53601Appeal15th CourtOncor v PUCTLtr to CourtNo Presentation031225 final
Status as of 3/12/2025 4:51 PM CST

Case Contacts

| | | | | |
|---|---|---|---|---|
| Carrier Collier-Brown | | carrie.collierbrown@lockelord.com | 3/12/2025 4:46:49 PM | SENT |
| Thomas L.Brocato | | tbrocato@lglawfirm.com | 3/12/2025 4:46:49 PM | SENT |
| Catherine J.Webking | | cwebking@spencerfane.com | 3/12/2025 4:46:49 PM | SENT |
| Michael A.McMillin | | mmcmillin@omm.com | 3/12/2025 4:46:49 PM | SENT |
| Jacob J.Lawler | | jacob.lawler@hklaw.com | 3/12/2025 4:46:49 PM | SENT |
| Laura W.Baker | | lwb@smxblaw.com | 3/12/2025 4:46:49 PM | SENT |